UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHARLES CASTON, et al., ) | |
| ) | |
| Plaintiffs, ) | 2:07-cv-00451-LRH (LRL) |
| ) | |
| v. ) | |
| ) | O R D E R |
| U.S. PRESIDENT GEORGE BUSH, JR., et al., ) | |
| ) | |
| Defendants. ) | |

    The Court has considered the Report and Recommendation of United States Magistrate Judge Lawrence R. Leavitt (#2) entered on June 14, 2007, in which the Magistrate Judge recommends that the Plaintiff's Application to Proceed *in Forma Pauperis* (#1) be granted and the complaint be dismissed with prejudice . The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2  Magistrate Judge (#2); therefore, Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is granted
3  and the Complaint is dismissed with prejudice . The Clerk of the Court shall enter judgment
4  accordingly.

5  IT IS SO ORDERED.

6  DATED this 5th day of July, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE